# UNITED STATES DISTRICT COURT
SOUTHERN District of INDIANA

UNITED STATES OF AMERICA  
v.  
CHRISTOPHER WELLS

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: 1:10CR00007-002  
USM Number: 04968-028  
Mark Inman  
Defendant's Attorney

**Date of Original Judgment:** 1/5/12  
(Or Date of Last Amended Judgment)  

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))  
**X** Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))  
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P.  
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))  
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))  
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))  
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)  
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

**X** pleaded guilty to count(s) 1  
☐ pleaded nolo contendere to count(s) which was accepted by the court.  
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 USC § 1349 | Conspiracy to Commit Mail Fraud | 12/29/09 | 1 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)  
☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/24/2012  
Date of Imposition of Judgment

*[signature]*  
Signature of Judicial Officer

**Honorable Larry J. McKinney, Senior U.S. District Court Judge**  
Name and Title of Judicial Officer

September 11, 2012  
Date

**A CERTIFIED TRUE COPY**  
Laura A. Briggs, Clerk  
U.S. District Court  
Southern District of Indiana  
By *[signature]*  
Deputy Clerk

DEFENDANT: CHRISTOPHER WELLS
CASE NUMBER: 1:10CR00007-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **24 months

**X** The court makes the following recommendations to the Bureau of Prisons:
That the defendant should not be housed with any of the co-defendants or related case defendants because of his cooperation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

**X** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    **X** as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHRISTOPHER WELLS
CASE NUMBER: 1:10CR00007-002

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**X** The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

**X** The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C     (Rev. 09/11) Amended Judgment in a Criminal Case  
            Sheet 3C — Supervised Release                                                                                     (NOTE: Identify Changes with Asterisks (*))

Judgment—Page 3.01 of 5

DEFENDANT:      CHRISTOPHER WELLS  
CASE NUMBER:     1:10CR00007-002

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall pay any restitution that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

2. The defendant shall provide the probation officer access to any requested financial information.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

4. The defendant shall participate in a program of testing for substance abuse to include no more than eight drug tests per month and shall pay a portion of the fees of testing.

5. The defendant shall not be employed in a position involving the repair or sale of vehicles without the permission of the probation officer.

6. The defendant shall submit to the search (with the assistance of other law enforcement as necessary) of his person, vehicle, office/business, residence and property, including computer systems and peripheral devices. The defendant shall submit to the seizure of contraband found. The defendant shall warn other occupants the premises may be subject to searches.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____     _____  
Defendant     Date

_____     _____  
U.S. Probation Officer/Designated Witness     Date

DEFENDANT: CHRISTOPHER WELLS
CASE NUMBER: 1:10CR00007-002

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 2,228,453.99 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

**X** The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Maryland Auto Insurance | $19,223.00 | $19,223.00 | |
| Travelers Insurance | $110,648.93 | $110,648.93 | |
| Castle Mazda | $2,500.00 | $2,500.00 | |
| Chrysler Insurance | $363,854.94 | $363,854.94 | |
| Champion Chrysler | $6,000.00 | $6,000.00 | |
| Thrifty Car Rental | $15,000.00 | $15,000.00 | |
| USAA Claims Service | $55,998.00 | $55,998.00 | |
| David Scott | $500.00 | $500.00 | |
| Jeff Wyler Toyota | $10,000.00 | $10,000.00 | |
| American Road Insurance | $261,057.54 | $261,057.54 | |
| Haag Ford | $3,013.81 | $3,013.81 | |
| Motors Insurance Co. | $356,478.33 | $356,478.33 | |
| Bill Estes Chevrolet | $7,500.00 | $7,500.00 | |
| Progressive Insurance | $15,808.00 | $15,808.00 | |
| Yolanda Scott | $500.00 | $500.00 | |
| Farm Bureau | $28,500.00 | $28,500.00 | |
| Allen Clay Tile Co. | $500.00 | $500.00 | |
| Zurich Insurance Co. | $20,000.00 | $20,000.00 | |
| North East Autos | $1,000.00 | $1,000.00 | |
| Dreyer and Reinbold | $2,500.00 | $2,500.00 | |
| Auto-Owners Insurance | $56,991.25 | $56,991.25 | |
| Steven Lanham | $500.00 | $500.00 | |

(Continued on Page 4.01)

☐ Restitution amount ordered pursuant to plea agreement $ _____

The defendant shall pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

**X** The court determined that the defendant does not have the ability to pay interest and it is ordered that:

 **X** the interest requirement is waived for the   ☐ fine   **X** restitution.

 ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CHRISTOPHER WELLS
CASE NUMBER: 1:10CR00007-002

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Hubler Nissan | $2,000.00 | $2,000.00 | |
| Button Dodge | $5,000.00 | $5,000.00 | |
| Progressive Insurance | $28,531.88 | $28,531.88 | |
| Tommy Costello | $1,000.00 | $1,000.00 | |
| Toyota of Southern Maryland | $750.00 | $750.00 | |
| Toyota Motor Insurance Co. | $23,673.52 | $23,673.52 | |
| Enterprise Rent-a-Car | $29,199.00 | $29,199.00 | |
| Stanley Chevrolet | $500.00 | $500.00 | |
| TM Claims Service | $43,989.81 | $43,989.81 | |
| Firemen's Insurance Co. | $44,554.52 | $44,554.52 | |
| Dragon Fly Design Decor | $250.00 | $250.00 | |
| Harleysville Insurance Co. | $60,168.48 | $60,168.48 | |
| Lockhart Cadillac | $500.00 | $500.00 | |
| Enterprise Leasing of Indianapolis | $25,600.00 | $25,600.00 | |
| Alexandria Pontiac, Buick, GMC | $2,500.00 | $2,500.00 | |
| State Farm | $61,710.40 | $61,710.40 | |
| Sonynita Waters | $200.00 | $200.00 | |
| Don Meyer Ford | $1,881.89 | $1,881.89 | |
| Sentry Insurance | $56,349.17 | $56,349.17 | |
| Jake Sweeney Chrysler | $10,000.00 | $10,000.00 | |
| State Farm | $38,580.75 | $38,580.75 | |
| Billie Schmidt | $500.00 | $500.00 | |
| Safeco Insurance Co. | $76,329.24 | $76,329.24 | |
| Dave McDowell | $250.00 | $250.00 | |
| Indiana Insurance | $68,500.00 | $68,500.00 | |
| Gene Lewis Ford | $432.00 | $432.00 | |
| Auto-Owners Insurance Co. | $62,025.75 | $62,025.75 | |
| Village Motor Sports | $1,000.00 | $1,000.00 | |
| Paul Washington | $500.00 | $500.00 | |
| Geico | $77,045.50 | $77,045.50 | |
| Richard M. Williams | $250.00 | $250.00 | |
| Avis | $12,039.30 | $12,039.30 | |
| John Lewin | $500.00 | $500.00 | |
| Kevin Wilkinson | $500.00 | $500.00 | |
| Jash Patel | $500.00 | $500.00 | |
| The Hertz Co. | $46,266.37 | $46,266.37 | |
| Amerisure Insurance Co. | $49,812.79 | $49,812.79 | |
| Jeffrey Bianchi | $500.00 | $500.00 | |
| Liberty Mutual Insurance Co. | $14,974.03 | $14,974.03 | |
| Phillip Davis | $500.00 | $500.00 | |
| Motors Insurance Co. (Erika Davis) | $24,352.79 | $24,352.79 | |
| Bob Wiese Oldsmobile, Ins. | $2,500.00 | $2,500.00 | |
| Ace Rental Car | $14,163.00 | $14,163.00 | |
| **TOTALS** | $2,228,453.99 | $2,228,453.99 | |

DEFENDANT: CHRISTOPHER WELLS
CASE NUMBER: 1:10CR00007-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

☐ not later than _____ , or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ G below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ G below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ If this case involves other defendants, each may be held jointly and severally liable for payment of all or part of the restitution ordered herein and the Court may order such payment in the future.

**G** ☒ Special instructions regarding the payment of criminal monetary penalties:

Any unpaid restitution balance shall be paid during the term of supervision at a rate of not less than 10% of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

<u>Defendant Name</u>  <u>Case Number</u>  <u>Joint & Several Amount</u>

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
All property seized by the government.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.